UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. **4:24 CR 465 SEP SPM** |
| vs. | ) | |
| | ) | |
| PARIS D. McPETERS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and J. Christian Goeke, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. The defendant is charged with Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), an offense for which a maximum 15-year imprisonment is prescribed under Title 18.

2. According to Hazelwood Police Department complaint number 2024-01862, on June 18, 2024, Hazelwood PD (HPD) initiated a traffic stop of a 2009 Lincoln MKX for failure to maintain a single lane. The Lincoln stopped in the middle the intersection of Howdershell Rd. and Riverwood Estates Blvd. HPD made contact with the driver, later identified as Defendant. A computer inquiry indicated that there was an active warrant for Defendant's arrest for Involuntary Manslaughter and Assault Second Degree. Defendant was placed under arrest on the warrant and

during an inventory search of Defendant's vehicle HPD located and seized a backpack that contained an Anderson Manufacturing 5.56 caliber semi-automatic rifle bearing serial number 21452964 with a loaded 100 round drum magazine, a second loaded 100 round 5.56 caliber drum magazine, three loaded 30 round 5.56 caliber magazines, one loaded 60 round 5.56 caliber magazine and a loaded 15 round .40 caliber magazine. Under the front passenger seat HPD located a Smith & Wesson .40 caliber semi-automatic bearing serial number WPD0110 with a loaded 50 round drum magazine. Defendant was transported to HPD and during the booking process stated that he was "part of the unauthorized military".

3. The defendant had an active warrant for his arrest at the time of this offense in St. Louis County for Involuntary Manslaughter and Assault Second Degree in Cause Number 24SLCR2928.

4. The defendant's criminal history and the nature and circumstances of the offense charged, which included possession of two semi-automatic firearms loaded with large capacity magazines as well as numerous additional large capacity magazines and that Defendant asserts that he is part of an unofficial military, reflects that there is a serious danger to the community that would be posed by the defendant's release.

5. Due to the weight of the evidence against defendant and defendant's history and characteristics, including that defendant had an active warrant for his arrest for involuntary manslaughter and assault second degree at the time of the offense and has a history of non-compliance with court supervision, there is a serious risk that the defendant will flee.